IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40498
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

v.

ISAUL SALINAS, JR.,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-95-CR-163-02
_____
April 11, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Isaul Salinas Jr., appeals his convictions for conspiracy to possess with intent to distribute approximately seven kilograms of cocaine and attempted possession with intent to distribute approximately seven kilograms of cocaine. Salinas argues that the evidence was insufficient to support his convictions. He also contends, for the first time on appeal, that the district judge's questioning of him deprived him of a fair trial. Our

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

review of the record and the arguments and authorities convinces us that no reversible error was committed.  The evidence was sufficient for a reasonable jury to find Salinas guilty beyond a reasonable doubt.  See United States v. Alix, 86 F.3d 429, 435-36 (5th Cir. 1996).  Nor did the district judge plainly err by questioning Salinas during trial.  See United States v. Mizell, 88 F.3d 288, 296-97 (5th Cir. 1996).

AFFIRMED.